PEOPLE *v.* PRINTESS C. JACKSON.

1. CRIMINAL LAW—ROBBERY ARMED—SUFFICIENCY OF EVIDENCE.
   Conviction of robbery armed is affirmed where the record fully supports identification of defendant as the person who committed the crime and contains ample evidence to support the conviction (CLS 1961 § 750.529).

2. SAME—RES GESTAE WITNESSES—INDORSEMENT ON INFORMATION.
   Failure to indorse a *res gestae* witness on an information at trial when his identity as a witness first becomes known at trial may not be raised as error on appeal where defendant does not move for his indorsement at the trial.

REFERENCES FOR POINTS IN HEADNOTES
[1] 46 Am Jur, Robbery § 50.
[2] 41 Am Jur 2d, Indictments and Informations §§ 56, 60.

Appeal from Wayne, Kaufman (Nathan J.), J. Submitted Division 1 June 7, 1968 at Detroit. (Docket No. 4,229.) Decided June 24, 1968. Rehearing denied August 20, 1968.

Printess C. Jackson was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Albert Green,* for defendant.

PER CURIAM. Defendant appeals his nonjury conviction and sentence for armed robbery.* He questions the sufficiency of his identification as the person involved and the sufficiency of the evidence to support the conviction. He also claims error because the people failed to indorse an alleged *res gestae* witness. The record fully supports identification of defendant as the person who committed the crime, and it contains ample evidence to support the conviction. The alleged *res gestae* witness became known at trial. Defendant did not move for his indorsement at trial and the failure to endorse may not be raised for the first time on appeal. *People* v. *Rimson* (1966), 3 Mich App 713.

Affirmed.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.

---

* CLS 1961, § 750.529 (Stat Ann 1968 Cum Supp § 28.797).